UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAISY F. GUITART                                              CIVIL ACTION

VERSUS                                                        NO: 05-243

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                       SECTION "J" (2)

### O R D E R

The Court, having considered the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and plaintiff's **Objections to the Magistrate Judge's Findings and Recommendation** (Rec. Doc. 22), hereby approves the Findings and Recommendation (Rec. Doc. 11) of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that petitioner's **Objections** (Rec. Doc. 22) should be and are hereby **OVERRULED**;

**IT IS FURTHER ORDERED** that plaintiff's **Complaint** (Rec. Doc. 1) should be and is hereby **DISMISSED** with prejudice.

New Orleans, Louisiana this ___5th___ day of December, 2005.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE